## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Point 4 Data Corporation v. Tri-State Surgical Supply & Equip., Ltd.    Docket No.: 15-563

Lead Counsel of Record (name/firm) or Pro se Party (name): Tibor L. Nagy, Jr. / Dontzin Nagy & Fleissig LLP, 980 Madison Avenue, New York, New York 10075 (212) 717-2900 tibor@dnfllp.com

Appearance for (party/designation): Tri-State Surgical Supply & Equip., Ltd. / Defendant-Appellee

### DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
[✓] Correct
[ ] Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
[✓] Correct
[ ] Incorrect. The following parties do not wish to participate in this appeal:
   Parties: _____
[ ] Incorrect. Please change the following parties' designations:
   Party                          Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
[✓] Correct
[ ] Incorrect or Incomplete, and should be amended as follows:

Name: _____
Firm: _____
Address: _____
Telephone: _____    Fax: _____
Email: _____

### RELATED CASES

[✓] This case has not been before this Court previously.
[ ] This case has been before this Court previously. The short title, docket number, and citation are: _____

[ ] Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: _____

### CERTIFICATION

I certify that [✓] I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that ( ) I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Tibor L. Nagy, Jr.
Type or Print Name: Tibor L. Nagy, Jr.
   OR
Signature of pro se litigant: _____
Type or Print Name: _____
[ ] I am a pro se litigant who is not an attorney.
[ ] I am an incarcerated pro se litigant.