# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of March, two thousand and fifteen.

Before:     Raymond J. Lohier, Jr.,
               *Circuit Judge.*

_____

  Dynamic Concepts, Inc.,
    Plaintiff-Appellant,

  Point 4 Data Corporation,
    Plaintiff-Counter-Defendant-Appellant,

    v.

  Tri-State Surgical Supply and Equipment Ltd.,
    Defendant-Counter-Claimant-Appellee,

  SJ Computers, Inc., Shmuel Judkovitz,
    Defendants-Appellees.

_____

**ORDER**
Docket No. 15-563

    Appellee Tri-State Surgical Supply and Equipment Ltd. moves to stay this appeal pending the district court's resolution of a motion for attorney's fees and costs.

    IT IS HEREBY ORDERED that the motion is GRANTED. Appellants are directed to inform this Court in writing of the status of the motion for attorney's fees and costs within 14 days of the date of this order, thereafter at 30-day intervals, and immediately after final disposition of the motion.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 4/9/2015