## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Point 4 Data Corp. v. Tri-State Surgical Supply & Equip., Ltd.  Docket No.: 15-563

Lead Counsel of Record (name/firm) or Pro se Party (name): Eli S. Fixler

Appearance for (party/designation): Appellees Shmuel Judkovitz and SJ Computers, Inc.

### DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
- [✓] Correct
- [ ] Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
- [✓] Correct
- [ ] Incorrect. The following parties do not wish to participate in this appeal:
  Parties: _____
- [ ] Incorrect. Please change the following parties' designations:
  Party                    Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
- [ ] Correct
- [ ] Incorrect or Incomplete, and should be amended as follows:

Name: Eli S. Fixler
Firm: Eli S. Fixler, Esq.
Address: 1507 Avenue M, Brooklyn, NY 11230
Telephone: 718 382 5454    Fax: 718 732 4542
Email: fixlerlaw@gmail.com

### RELATED CASES

- [✓] This case has not been before this Court previously.
- [ ] This case has been before this Court previously. The short title, docket number, and citation are: _____

- [ ] Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: _____

### CERTIFICATION

I certify that [ ] I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that ( ) I applied for admission on October 9, 2015 or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: Eli Fixler
Type or Print Name: Eli Fixler, Esq.
    OR
Signature of pro se litigant: _____
Type or Print Name: _____
- [ ] I am a pro se litigant who is not an attorney.
- [ ] I am an incarcerated pro se litigant.