## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Point 4 Data Corp. v. Tri-State Surgical Supply & Equip., Ltd.**      Docket No.: **15-563**

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: **Robert Jay Bernstein**

Firm: **The Law Office of Robert J. Bernstein**

Address: **43 W. 43rd Street, Suite 39, New York, NY 10036**

Telephone: **203-253-0353**      Fax: **N/A**

E-mail: **rjb@robert-bernsteinlaw.com**

Appearance for: **Tri-State Surgical Supply & Equip., Ltd./Defendant-Appellee**
(party/designation)

Select One:

[✓] Substitute counsel (replacing lead counsel: **David Jaroslawicz, Jaroslawicz & Jaros PLLC** )
(name/firm)

[ ] Substitute counsel (replacing other counsel: )
(name/firm)

[ ] Additional counsel (co-counsel with: )
(name/firm)

[ ] Amicus (in support of: )
(party/designation)

### CERTIFICATION

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on _____ OR

[ ] I applied for admission on _____ .

Signature of Counsel: *Robert J. Bernstein*

Type or Print Name: **Robert Jay Bernstein**